IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) | |
| N.O.A.H., NEIGHBORS ORGANIZED TO ASSIST HUMANITY, INC. | ) ) ) | COMPLAINT |
| | ) ) | JURY TRIAL DEMAND |
| Defendant. | ) ) ) | 1 : 08 -cv- 0175 -SEB -TAB |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil

Rights Act of 1991 to correct unlawful employment practices on the bases of sex and retaliation

and to provide appropriate relief to Tyrena Davis, who was adversely affected by such practices.

The Commission alleges that Defendant subjected Tyrena Davis to sexual harassment and

subsequently discharged her in retaliation to her opposition to such practices in violation of Title

VII.

JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and

1345.  This action is authorized and instituted pursuant to Section 706 (f)(1) and (3) of Title VII

of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000 e-5(f)(1) and (3) ("Title VII") and

Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.       The employment practices alleged to be unlawful were committed within the jurisdiction of the United States Court for the Southern District of Indiana, Indianapolis Division.

## PARTIES

3.       Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706 (f)(1) and (3) and of Title VII, 42 U.S.C. § 2000e-5 (f) (1) and (3).

4.       At all relevant times, Defendant, N.O.A.H. Neighbors Organized to Assist Humanity, Inc. (the "Employer"), has continuously been an Indiana corporation, doing business in the State of Indiana and the City of Indianapolis, and has continuously had at least 15 employees.

5.       At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.       More than thirty days prior to the institution of this lawsuit, Tyrena Davis filed a charge with the Commission alleging violations of Title VII by Defendant Employer.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.       Since at least August 2005, Defendant Employer has engaged in unlawful employment practices at its Indianapolis and Fort Wayne, Indiana facilities, in violation of Sections 703(a) (1) and 704(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) (1) and 2000e-3.  The unlawful practices include:

a)    subjecting Tyrena Davis to sexual harassment from Defendant's President; and

b)    discharging Tyrena Davis in retaliation for her opposition to practices made unlawful by Title VII.

8.    The effect of the practices complained of in paragraph 7 above has been to deprive Tyrena Davis of equal employment opportunities and otherwise adversely affect her status as an employee, because of her sex and retaliation.

9.    The unlawful employment practices complained of in paragraph 7 above were intentional.

10.    The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Tyrena Davis.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.    Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in sexual harassment, retaliation, and any other employment practice which discriminates on the bases of sex and retaliation.

B.    Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for females and which provide equal employment opportunities for employees who have exercised their rights under Title VII, and which eradicate the effects of its past and present unlawful employment practices.

C.    Order Defendant Employer to make whole Tyrena Davis by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful place reinstatement of Tyrena Davis.

D.    Order Defendant Employer to make whole Tyrena Davis by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including but not limited to out of pocket expenses, job search expenses, and medical expenses, plus prejudgment interest, in an amount to be determined at trial.

E.    Order Defendant Employer to make whole Tyrena Davis by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including but not limited to physical and emotional pain and suffering, mental anguish, and loss of enjoyment of life, in an amount to be determined at trial.

F.    Order Defendant Employer to pay Tyrena Davis punitive damages for its malicious and reckless conduct described in paragraph 7 above, in an amount to be determined at trial.

G.    Grant such further relief as the Court deems necessary and proper in the public interest.

H.    Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully Submitted,

LAURIE A. YOUNG, #11480-49
Regional Attorney

MICHELLE EISELE, #12070-49
Supervisory Trial Attorney

JO ANN FARNSWORTH, #8364-49
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Indianapolis District Office
101 West Ohio Street,
Suite 1900
Indianapolis, In 46204
Phone: (317) 226-7949
Fax: (317) 226-5571
Email: joann.farnsworth@eeoc.gov